# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————

No. 1D2021-3587

—————————————

KENNETH WAYNE KOLB,

    Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Respondent.

—————————————

Petition for Writ of Certiorari—Original Jurisdiction.


February 28, 2024


PER CURIAM.

Petitioner is serving a parole-eligible life sentence for a murder committed in 1979. Respondent, Florida Commission on Offender Review, extended Petitioner's Presumptive Parole Release Date (PPRD) for twenty-four months, based on "good cause in exceptional circumstances."

Petitioner challenged the extension of his PPRD via a petition for writ of mandamus. The circuit court denied that petition, and Petitioner now seeks a writ of certiorari in this Court.

Good cause in exceptional circumstances may be used as a stand-alone basis for extending a PPRD. *See Currie v. Comm'n on*

*Offender Rev.*, 295 So. 3d 339, 340 (Fla. 1st DCA 2020); *McKahn v. Fla. Parole & Prob. Comm'n*, 399 So. 2d 476, 478 (Fla. 1st DCA 1981). Accordingly, the circuit court did not depart from the essential requirements of law by denying mandamus relief.

The Court denies the petition for writ of certiorari on the merits.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Wayne Kolb, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.